747 A.2d 280

## IN THE MATTER OF LIQUIDATION OF INTEGRITY INSURANCE COMPANY.

February 23, 2000.

Leave to appeal is granted.

747 A.2d 280

## MOBIL OIL CORPORATION, PLAINTIFF–RESPONDENT, v. NEW JERSEY DEPARTMENT OF TRANSPORTATION, DEFENDANT–MOVANT.

February 23, 2000.

It is ORDERED that the motions for leave to appeal (M–742) and for summary reversal (M–743) are granted, and the matter is remanded to the Appellate Division to consider the appeal on the merits, without prejudice to plaintiff being able to move in the Appellate Division for a remand to the agency to supplement the record.